AO 458 (Rev. 5/85) Appearance

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

## APPEARANCE

CASE NUMBER: 1:08-MJ-08M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for EDWARD PEREZ

1/17/08
Date

[signature]
Signature

#1612

JOHN H. RUGINSKI, JR.
129 Dorrance Street
Providence, RI 02903
Print Name

Address

City State Zip Code

401-272-7966
Phone Number