1436403

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JAN 18 2008
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

EDWARD PEREZ
a/k/a EDWIN

## WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-08M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDWARD PEREZ, a/k/a EDWIN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Possess With Intent To Distribute Five Hundred Grams or More of Cocaine

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(B) and 846

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

1-16-08 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ____ by ____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 3rd Division Courthouse by US Marshals Service | | |
| DATE RECEIVED 01/16/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 01/17/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.